FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y

★   MAR 12 2012   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JOYCE HAMLETT and LETRICIA HAMLETT

                Plaintiffs,

  -against-

SANTANDER CONSUMER USA, INC.,
HSBC AUTO FINANCE and HSBC AUTO CREDIT INC.

               Defendant,
-------------------------------------------------------------------X

11-CV-6106 (JFB) (GRB)

**AFFIRMATION OF SERVICE**

I, Joyce Hamlett, declare under penalty and perjury that I have served a copy of the Amended Complaint upon Dan Schleifstein of Reed Smith LLP whose address is 599 Lexington Avenue, New York, New York 10022 by USPS Priority Overnight Express Mail signature required on the 12th day of March, 2012.

Dated: Hempstead, NY
       March 12, 2012

*[signature]*
Joyce Hamlett
15 Madison Avenue
Hempstead, New York 11550
(516) 808-0508

RECEIVED

MAR 1 2 2012

EDNY PRO SE OFFICE